235 So.2d 95

**INTERIOR CONTRACTORS, INC.**

v.

**CASHEN METAL FABRICATION, INC.**

No. 50483.

May 25, 1970.

The application is denied. There appears no error of law in the judgment complained of.

235 So.2d 96

**CONVENTIONAL LOANS, INC.**

v.

**David L. GOLDSTEIN.**

No. 50489.

May 25, 1970.

Writ refused. No error of law in the Court of Appeal judgment.